# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| LAURENCE WISDOM | § |
| | §   CIVIL ACTION NO. 4:23CV93 |
| V. | §   JUDGE MAZZANT/JUDGE JOHNSON |
| | § |
| EXPERIAN INFORMATION SOLUTIONS, INC., ET AL. | § |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 30, 2023, the Magistrate Judge entered a Report and Recommendation (Dkt. #55) that Defendants Citibank, N.A. and The Home Depot's ("Defendants") Motion to Compel Arbitration of Plaintiff's Claims and Stay Proceedings and Incorporated Memorandum of Law (the "Motion to Compel Arbitration") (Dkt. #34) be denied without prejudice.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED** that the Motion to Compel Arbitration (Dkt. #34) is **DENIED WITHOUT PREJUDICE**. Defendants may re-urge arbitration after the conclusion of the summary trial, if appropriate.

**SIGNED** this 2nd day of January, 2024.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE