# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| LAURENCE WISDOM, | § |
| | § |
| PLAINTIFF, | § |
| | § |
| v. | § CASE NO. 4:23-cv-00093-ALM-KPJ |
| | § |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; BANK OF AMERICA; CITIBANK, N.A.; THE HOME DEPOT; and TXU ENERGY RETAIL COMPANY, LLC, | § § § § § § § § |
| | § |
| DEFENDANTS. | § |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pending before the Court is Plaintiff Laurence Wisdom and Defendants Citibank, N.A. and The Home Depot's Joint Stipulation of Dismissal with Prejudice. (Dkt.70.)

IT IS HEREBY ORDERED that Plaintiff's claims that were, are and/or could have been asserted against Citibank, N.A. and The Home Depot are hereby dismissed with prejudice with each Party to bear their own fees, costs and expenses.

**SIGNED this 18th day of April, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE